1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )
                                          )
9            Plaintiff,                    )
                                          )
10      v.                                 )   2:11-CR-190-PMP-(CWH)
                                          )
11  GREGORY LEWIS,                         )
                                          )
12           Defendant.                    )

13                  **FINAL ORDER OF FORFEITURE**

14      On August 12, 2013, the United States District Court for the District of Nevada entered an

15  Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18,

16  United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon

17  the plea of guilty by defendant GREGORY LEWIS to the criminal offense, forfeiting the property set

18  forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the

19  United States to have the requisite nexus to the offense to which defendant GREGORY LEWIS pled

20  guilty.  Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 43; Plea Agreement, ECF No. 44;

21  Amended Preliminary Order of Forfeiture, ECF No. 49.

22      This Court finds the United States of America published the notice of forfeiture in accordance

23  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24  from August 16, 2013, through September 14, 2013, notifying all potential third parties of their right

25  to petition the Court. Notice of Filing Proof of Publication, ECF No. 50.

26  . . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the

2  time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time

4  for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

10  law:

11        1.  a Ruger P94 9mm semi-automatic handgun, bearing serial number 308-23524;

12        2.  a Smith and Wesson Airweight .357 handgun, bearing serial number SCA8002; and

13        3.  any and all ammunition.

14    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

15  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

16  income derived as a result of the United States of America's management of any property forfeited

17  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

18    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

19  certified copies to the United States Attorney's Office.

20    DATED this 12  day of March, 2014.

21

22

23  _____

24        UNITED STATES DISTRICT JUDGE

25

26

2

**PROOF OF SERVICE**

1

2    I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals

3   were served with copies of the Final Order of Forfeiture on March 11, 2014, by the below identified

4   method of service:

5        Electronic Filing

6        Daniel J. Albregts
         Daniel J. Albregts, Esq.
7        601 S. 10th St., Suite 202
         Las Vegas, NV 89101
8        albregts@hotmail.com
         Counsel for Gregory Lewis
9

10

11
                                    /s/ Mary Stolz
12                                  Mary Stolz
                                    Forfeiture Support Associates Paralegal
13

14

15

16

17

18

19

20

21

22

23

24

25

26

3