RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Gregory Lewis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY LEWIS,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00190-APG-CWH<br><br>**UNOPPOSED MOTION TO VACATE THE APRIL 18, 2017, REVOCATION HEARING AND TO TERMINATE SUPERVISED RELEASE** |

　　　COMES NOW, the defendant GREGORY LEWIS, by and through his counsel Monique Kirtley, Assistant Public Defender, who submits this unopposed motion to vacate the April 18, 2107 revocation hearing and to terminate supervised release. A proposed order is attached.  This motion is based on all prior proceedings had herein and the attached memorandum of points and authorities.

　　　DATED this 20th day of March, 2017.

　　　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　　*/s/ Monique Kirtley*
　　　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　MONIQUE KIRTLEY
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

**MEMORANDUM**

On December 28, 2016, Mr. Lewis appeared, before this Court, on a petition to Revoke Supervised Release. At the revocation hearing the parties recommended that Mr. Lewis's revocation petition be held in abeyance for two months. The parties also recommended that the Court modify Mr. Lewis's supervised release conditions to include location monitoring with curfew. The Court followed the recommendation of the parties and rescheduled a revocation hearing for February 21, 2017. On February 17, 2017, the parties filed a stipulation to continue Mr. Lewis's revocation hearing for 45 days. The Court granted the parties stipulation and rescheduled the revocation hearing for April 18, 2017.

Mr. Lewis was scheduled to expire his term of supervised release on January 3, 2017. The parties had agreed to hold Mr. Lewis's revocation petition in abeyance to allow Mr. Lewis's the opportunity to comply with his conditions of supervision, with the goal of recommending that the Court terminate Mr. Lewis's supervised release term at his next court hearing.

Since his last court hearing on December 28, 2016, Mr. Lewis has been in full compliance with his terms and conditions of supervision. On February 21, 2017, the parties requested a continuance of the revocation hearing to allow Mr. Lewis's the opportunity to resolve his outstanding warrants and to register his address with the North Las Vegas Police Department. Mr. Lewis worked diligently to resolve his warrants. As of March 21, 2017, Mr. Lewis has resolved all of his warrants and has registered his address with North Las Vegas Police Department. Undersigned counsel has confirmed with Mr. Lewis's probation officer, Elizabeth Olsen, that Mr. Lewis has been in compliance and he has no outstanding legal obligations.

Mr. Lewis respectfully requests that this Court vacate his revocation of supervised release hearing currently scheduled for April 18, 2017.  Assistant United States Attorney Cristina Silva and Probation Officer Elizabeth Olson are in agreement with vacating Mr. Lewis's pending revocation hearing.

Furthermore Mr. Lewis respectfully requests that this Court terminate his term of supervised release.  Probation Officer, Elizabeth Olson and Assistant United States Attorney Cristina Silva are in agreement with terminating Mr. Lewis's term of supervision.

Mr. Lewis respectfully requests that this Court sign the attached proposed order to vacate his April 18, 2017 hearing and terminate his term of supervised release.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY LEWIS,<br><br>　　　　Defendant. | Case No. 2:11-cr-00190-APG-CWH<br><br>**PROPOSED ORDER** |

　　　IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled on April 18, 2017 at 1:30 p.m. is vacated.

　　　IT IS FURTHER ORDERED that effective upon the filing of this Order the Defendant's term of supervised release shall terminate.

　　　DATED this 21st day of March, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4